THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENNET ESQUILED, Appellant. [747 NYS2d 188]

The defendant's claim that the trial court should have reopened the pretrial *Wade* hearing (*see United States v Wade,* 388 US 218) based upon the testimony elicited during the trial is unpreserved for appellate review since he did not move for that relief (*see* CPL 470.05 [2]; *People v Feinsod,* 278 AD2d 335, 336; *People v Johnson,* 262 AD2d 155; *People v Meyer,* 255 AD2d 272). The defendant's attempt to use the trial testimony to challenge the pretrial suppression ruling is impermissible (*see People v Polk,* 284 AD2d 416, 417; *People v Feinsod, supra*; *People v Andujar,* 267 AD2d 467, 468).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80). O'Brien, J.P., Friedmann, McGinity and H. Miller, JJ., concur.